**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Jeffrey S. Evans, Petitioner.

Appellate Case No. 2010-180746

—————

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

—————

Appeal from Anderson County
Alexander S. Macaulay, Circuit Court Judge

—————

Memorandum Opinion No. 2012-MO-037
Heard October 2, 2012 – Filed October 10, 2012

—————

**DISMISSED AS IMPROVIDENTLY GRANTED**

—————

Appellate Defender LaNelle Cantey DuRant, of South Carolina Commission on Indigent Defense, of Columbia, for Petitioner.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, Assistant Deputy Attorney General David A. Spencer, all of Columbia,

and, Solicitor Christina T. Adams, of Anderson, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the decision of the court of appeals affirming the Petitioner's convictions.  We now dismiss the writ as improvidently granted.

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**